# United States Court of Appeals

## For the First Circuit

No. 04-2051

UNITED STATES OF AMERICA,

Appellee,

v.

JAMES T. LATA, SR.,

Defendant, Appellant.

ERRATA

The opinion of this court issued on June 24, 2005, is amended as follows:

On page 8, line 9, delete the quotation marks after the word "significantly."